UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THIEN CHI VUONG (A-027-743-168), | No.  1:25-cv-1847-DC-CSK (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| MOISES BECERRA, et al., | (Doc. No. 20) |
| Respondents. | |

Petitioner, a noncitizen proceeding through counsel, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 16, 2026, the magistrate judge filed findings and recommendations herein which were served on the parties and contained that any objections to the findings and recommendations were to be filed within seven days.  Neither party filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are ADOPTED in full;

2. The petition for writ of habeas corpus is GRANTED;

3. A permanent injunction is issued enjoining and restraining respondents from re-arresting or re-detaining petitioner Thien Chi Vuong (A-027-743-168) absent compliance with constitutional protections, which include, at a minimum, strict compliance with the requirements of 8 C.F.R. § 241.13(i). This injunction does not address other circumstances where detention authority is established under different authority than what was presented in this case; and

4. The Clerk of the Court is directed to enter judgment for petitioner and close this case.

IT IS SO ORDERED.

Dated:   **March 26, 2026**

_____
Dena Coggins
United States District Judge

2